IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**APR 1 5 2010**

GREGORY C. LANGHAM
CLERK

Civil Action No. 10-cv-00638-PAB

MICHAEL KEITH TIVIS,

      Plaintiff,

v.

MR. HUFFMAN,
MRS. FISCUS, and
MRS. MEGHAN REED,

      Defendants.

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

THIS CAUSE comes before the Court on the affidavit in support of the motion for

leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915.

The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of

service from the defendants. If unable to do so, the United States Marshal shall serve a

copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C.

§ 1915 and all other orders upon the defendants. If appropriate, the Marshal shall first

attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P.

4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall

respond to the complaint as provided for in the Federal Rules of Civil Procedure after

service of process on the defendants.

DATED April 14, 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 10-cv-00638-PAB-KMT

Michael Keith Tivis
Prisoner No. 52378
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

Mr. Huffman, Mrs. Fiscus,
and Mrs. Meghan Reed – **WAIVER\***
c/o Keith Nordell
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

Paul Sanzo, Asst. Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

      I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Keith Nordell for service of process on Mr. Huffman, Mrs. Fiscus, and Mrs. Meghan Reed,: COMPLAINT FILED 3/19/10, SUMMONS, WAIVER\*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on _4/15/10_.

GREGORY C. LANGHAM, CLERK

By:_____
              Deputy Clerk